ACCEPTED
06-15-00080-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 3:35:27 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00080-CV

**IN THE COURT OF APPEALS**
**SIXTH JUDICIAL DISTRICT OF TEXAS**
**TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 3:35:27 PM
DEBBIE AUTREY
~~Clerk~~

**JOHN W. BOWERS,**

**APPELLANT,**

**v.**

**BANK OF AMERICA, NA, AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,**

**APPELLEE.**

**Appeal from the 345TH Judicial District Court**
**Travis County, Texas**
**Trial Court Case No. D-1-GN-12-002006**
**Hon. Stephen Yelenosky, Presiding**

## APPELLEE'S MOTION TO DISMISS FOR WANT OF JURISDICTION

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellee Bank of America, NA, as Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP ("Appellee"), and files this its *Motion to Dismiss for Want of Jurisdiction*, and respectfully shows as follows:

---

APPELLEE'S MOTION TO DISMISS FOR WANT OF JURISDICTION          PAGE 1

## I.

1.      Appellant John W. Bowers ("Appellant") on September 14, 2015 filed his Notice of Appeal in the Court of Appeals for the Third Judicial District, Austin, Texas. *See Docket, September 14, 2015.* The appeal was transferred to this Court on September 30, 2015. *See Docket, September 30, 2015.* The appeal is untimely and must be dismissed for want of jurisdiction.

2.      Final Judgment was entered on April 29, 2015 in the 345th Judicial District Court of Travis County, Texas (the "Trial Court"). A true and correct copy of the Judgment is attached hereto as Exhibit A.

3.      Appellant filed a Motion for New Trial in the Trial Court on May 29, 2015. A true and correct copy of the Motion for New Trial is attached hereto as Exhibit B. The Trial Court did not rule on the Motion for New Trial within 75 days of the date the Judgment was signed, and it was accordingly overruled as a matter of law on July 13, 2015. TEX. R. CIV. P. 329b(c).

4.      The Trial Court later entered an order expressly denying the Motion for New Trial on August 12, 2015. A true and correct copy of the Order on Plaintiff's Motion for New Trial is attached hereto as Exhibit C.

5.      The deadline for Appellant to file his Notice of Appeal was July 28, 2015, ninety days after the Judgment was signed by the Trial Court. TEX. R. APP. P. 26.1(a). Appellant did not file his Notice of Appeal until September 14, 2015.

6.     Appellee therefore requests the Court dismiss this appeal for want of jurisdiction.  *See* TEX. R. APP. P.  26.1(a).

## II.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests the Court dismiss Appellant's appeal for want of jurisdiction and provide Appellee with all other and further relief to which it may be entitled.

Respectfully submitted,

By:  */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2670
Facsimile: (214) 635-2686 (Fax)

**ATTORNEYS FOR APPELLEE BANK OF AMERICA, NA, AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 13th day of October, 2015, a true and correct copy of the foregoing document was delivered to the following counsel of record in the manner described:

**Via Regular Mail and CMRRR**:
Robert S. Koelsch
PO BOX 4790
Lago Vista, TX 78645-0008

_/s/ Mark D. Cronenwett_
**MARK D. CRONENWETT**